AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

| | |
|---|---|
| United States of America<br>v. | )<br>)<br>)   Case No.<br>)      2:19-MJ-600-JTR<br>)<br>) |
| SCOTT JOSEPH FRANKLIN | |

*FILED IN THE*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF WASHINGTON*

*OCT 2 5 2019*

*SEAN F. McAVOY, CLERK*
*SPOKANE, WASHINGTON      DEPUTY*

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 14, 2019 _____ in the county of _____ Spokane _____ in the

_____ Eastern _____ District of _____ Washington _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code,<br>Section 876(c) | Mailing Threatening Communications |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

BRIAN R. HOFF, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10-25-19

_____
*Judge's signature*

City and state: _____ Spokane, Washington _____

JOHN T. RODGERS, U.S. Magistrate Judge
*Printed name and title*