AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 05, 2019

SEAN F. McAVOY, CLERK

| United States of America | ) |
|---|---|
| v. | ) Case No. 2:19-MJ-600-JTR |
| SCOTT JOSEPH FRANKLIN | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* SCOTT JOSEPH FRANKLIN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Mailing Threatening Communications, in violation of Title 18, United States Code, Section 876(c), further described in the Complaint and Affidavit of FBI Special Agent Brian R. Hoff.

Date: 10-25-19

*Issuing officer's signature*

City and state: Spokane, Washington

JOHN T. RODGERS, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 10/25/19, and the person was arrested on *(date)* 11/5/19
at *(city and state)* Spokane, WA

Arrested within the E/WA

Date: 11/5/19

By: FBI
*(Agency)*

Executed on:
Sign: [signature] USMS
*Printed name and title*