BRIAN T. MORAN
United States Attorney
Western District of Washington
Ye-Ting Woo
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 0 3 2019

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT JOSEPH FRANKLIN,<br><br>Defendant. | 2:19-CR-199-SAB<br>INDICTMENT<br><br>18 U.S.C. § 876(c)<br>Mailing Threatening Communications |

The Grand Jury Charges:

### COUNT 1
### Mailing Threatening Communications

On or about October 14, 2019, within the Eastern District of Washington, Defendant, SCOTT JOSEPH FRANKLIN, knowingly caused to be delivered by the Postal Service according to the direction thereon, a communication, addressed to United

INDICTMENT – 1

States judges and Federal law enforcement officers, containing a threat to injure the person of the addressees.

All in violation of Title 18, United States Code, Section 876(c).

DATED this 3 day of December 2019.

William Barr
United States Attorney General

*[signature]*

BRIAN T. MORAN
United States Attorney
Western District of Washington

*[signature]*

Ye-Ting Woo
Special Attorney for the United States Attorney General

INDICTMENT – 2