# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
### Spokane

**USA v. SCOTT JOSEPH FRANKLIN**    Case No.    **2:19-CR-199-SAB-1**

**Arraignment on Indictment:**    12/04/2019

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Ye-Ting Woo, US Atty (by VTC from WD/WA) |
| ☒ | Stephanie Cherney, US Probation / Pretrial Services Officer | ☒ | Amy Rubin, Defense Atty |
| ☒ | Defendant present ☒ in custody USM | ☒ | Interpreter **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☒ | Rights given | ☒ | Defendant continued detained |
| ☒ | Acknowledgment of Rights filed | ☐ | Conditions of release as previously imposed |
| ☒ | Defendant received copy of Indictment | | |
| ☒ | Defendant waived reading of Indictment | | |
| ☐ | Indictment read in open court | | |

## REMARKS

Defendant appeared with counsel and was advised of his rights and the allegations contained in the Indictment. Defendant had no objections to Government appearing by video conference.

The Defendant acknowledged to the Court that his true and correct name is: SCOTT JOSEPH FRANKLIN.

"Not guilty" plea entered.

Counsel has been appointed to represent Defendant and that appointment shall continue.

Detention previously addressed and issue does not need to be revisited at this time.

**The Court ordered:**
1. Matters involving detention have been previously heard and determined. Issue of detention not before the Court. Pre-existing Order of Detention will remain in full force.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.