FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 04, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT JOSEPH FRANKLIN,<br><br>Defendant. | No. 2:19-CR-00199-SAB-1<br><br>ORDER FOLLOWING ARRAIGNMENT |

At Defendant's December 4, 2019, arraignment based on an Indictment, Defendant appeared, in custody, with Assistant Federal Defender Amy Rubin. Assistant U.S. Attorney Ye-Ting Woo from the Western District of Washington represented the United States by video from Seattle, Washington. Defendant consented to holding the proceedings by video.

Defendant was advised of, and acknowledged, his rights. On his plea of not-guilty, Defendant is bound over to the United States District Court for trial.

The matter of detention having been previously addressed, **ECF No. 15, IT IS ORDERED** Defendant shall be detained in the custody of the U.S. Marshal pending disposition of this case or until further order of the Court.

**IT IS SO ORDERED.**

DATED December 4, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1