PROB 12C
(6/16)

Report Date: February 21, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 21, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Scott Joseph Franklin     Case Number: 0980 2:19CR00199-SAB-1

Address of Offender: Homeless

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 7, 2021

| | |
|---|---|
| Original Offense: | Mailing a Threatening Communication, 18 U.S.C. § 876 (c); Threat to Assault a Federal Official, 18 U.S.C. § 115 (A)(1)(b) |
| Original Sentence: | Prison - 55 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office |
| | Date Supervision Commenced: February 9, 2024 |
| Defense Attorney: | John Stephen Roberts, Jr. |
| | Date Supervision Expires: February 8, 2027 |

### PETITIONING THE COURT

To issue a **warrant.**

On February 9, 2024, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Franklin as outlined in the judgment and sentence. Mr. Franklin acknowledged and understanding of those conditions.

The probation officer believes that the offender has violated the following condition of supervision:

1      **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Franklin allegedly violated the above-stated condition on February 20, 2024. On that date, Mr. Franklin was arrested by the Spokane Police Department (SPD) for: third degree assault - weapon or negligent injury, pursuant to SPD incident report 2024-20031959.

According to SPD  report 2024-20031959, local officers were assigned to a call of assault occurring on February 19, 2024. On that date, the victim of the crime reported that an unknown man approached him while entering an elevator to his apartment. The man presented a cannister of pepper spray and discharged it in his face causing an immediate burning sensation on his exposed skin. The officers were unable to immediately locate the assailant of this crime. However, they were able to retrieve surveillance footage of the incident from the apartment complex manager.

On February 20, 2024, officers were on duty in the local area and located the alleged assailant from the surveillance footage. Mr. Franklin was wearing the same clothing as observed in the surveillance footage. He was detained and the officers located a can of pepper spray on his person.  Mr. Franklin was arrested for the aforementioned crime and transported to the Spokane County Jail.

Prob12C
Re: Franklin, Scott Joseph
February 21, 2024
Page 2

At the time of this petition, Mr. Franklin is in custody at the Spokane County Jail and the charges remain pending.

2     **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Franklin is alleged to have violated the above-stated condition by failing to notify the probation officer of the change in his living arrangements.

On February 9, 2024, the undersigned officer successfully acquired housing for Mr. Franklin in order to prevent continued homelessness. Placement with the Lincoln House began on February 11, 2024, in which he accepted.

On February 11, 2024, Mr. Franklin did not present himself as scheduled. At the time of this petition, his residence remains unknown.

3     **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: Mr. Franklin is alleged to have violated the above-stated condition by failing to report to the Union Gospel Mission.

Mr. Franklin was given an alternative option to check into the Union Gospel Mission if the Lincoln House was unavailable to him. On February 16, 2024, the undersigned officer contacted staff with the Union Gospel Mission and was informed Mr. Franklin had never checked in with their facility.

4     **Special Condition #3**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to you ability to pay.

**Supporting Evidence**: Mr. Franklin is alleged to have violated the above-stated condition by failing to undergo a mental health evaluation as directed on or before February 16, 2024.

On February 20, 2024, the undersigned officer spoke with the contract provider to inquire if Mr. Franklin had set up his evaluation. The contracted provider shared there has not been any communication from Mr. Franklin.

5     **Special Condition #5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

Prob12C
Re: Franklin, Scott Joseph
February 21, 2024
Page 3

**Supporting Evidence**: Mr. Franklin is alleged to have violated the above-stated condition by failing to undergo a substance abuse evaluation as directed on or before February 16, 2024.

On February 20, 2024, the undersigned officer spoke with the contract provider to inquire if Mr. Franklin had set up his evaluation. The provider shared there had not been any communication from Mr. Franklin.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  02/21/2024

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

2/21/2024
Date