PROB 12C
(6/16)

Report Date: November 13, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 14, 2025

SEAN F. McAVOY, CLERK

ECF No. 96

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Scott Joseph Franklin | Case Number: 0980 2:19CR00199-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮ Spokane, Washington 99201 | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 7, 2021

Original Offense: Mailing a Threatening Communication, 18 U.S.C. § 876(C)
Threat to Assault a Federal Official, 18 U.S.C. § 115(A)(1)(b)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 55 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(February 20, 2025) | Prison - 8 months<br>TSR - 28 months | | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: | May 19, 2025 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: | September 18, 2027 |

## PETITIONING THE COURT

To issue a **warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on July 7 and September 22, 2025.

On May 20, 2025, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Franklin as outlined in the judgment and sentence. Mr. Franklin acknowledged and understanding of those conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Mr. Franklin allegedly violated the above-stated condition of supervision by failing to report for a scheduled office appointment on November 5, 2025.<br><br>On November 5, 2025, Mr. Franklin was specifically instructed to report for a scheduled appointment that same day. On November 5, 2025, Mr. Franklin failed to report as directed. |

Prob12C
Re: Franklin, Scott Joseph
November 13, 2025
Page 2

The U.S. Probation Office respectfully recommends the Court to issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/13/2025

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[X]  The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Stan Bastian

Signature of Judicial Officer

11/14/2025

Date