PROB 12C
(6/16)

Report Date:  May 21, 2026

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 21, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Scott Joseph Franklin          Case Number: 0980 2:19CR00199-SAB-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 7, 2021

| | | |
|---|---|---|
| Original Offense: | Mailing a Threatening Communication, 18 U.S.C. § 876(C)<br>Threat to Assault a Federal Official, 18 U.S.C. § 115(A)(1)(b) | |
| Original Sentence: | Prison - 55 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(February 20, 2025) | Prison - 8 months<br>TSR - 28 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: May 19, 2025 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: September 18, 2027 |

### PETITIONING THE COURT

To issue a **warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 07/07/2025, 09/22/2025 and 11/13/2025.

On May 20, 2025, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Franklin as outlined in the judgment and sentence. Mr. Franklin acknowledged and understanding of those conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 business days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: Mr. Franklin is alleged to have violated the above-stated condition by failing to notify undersigned officer of the change of his living arraignments.

On June 20, 2025, Mr. Franklin was evicted from The Way Out Shelter and relocated to his sister's house. On July 1, 2025, the undersigned officer was advised that Mr. Franklin had left the residence with his belongings on June 27, 2025.

**Prob12C**
**Re: Franklin, Scott Joseph**
**May 21, 2026**
**Page 2**

Mr. Franklin has not provided a change of address since leaving his sisters residence on June 27, 2025. His whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court to **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     05/21/2026

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]     No Action
[X]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[X]     The incorporation of the violations contained in this petition
        with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[X]     Defendant to appear before the Magistrate Judge.
[ ]     Other

Signature of Judicial Officer

5/21/2026

Date